# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF:  _____ V.S. _____  FOR _____ AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): CESAR MIRANDA

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04m-1069-JGD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☐ No  ☑ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ Being self-employed Can't estimate

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? ☑ Yes  ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $ 3,200    SOURCES: TAX refund 03

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE $ _____  DESCRIPTION _____

**DEPENDENTS**

MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☑ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them:
Alberto Miranda (son)
Irvin Miranda (son)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|---|
| | $ 300 /rent /month | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |
| | | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 4/1/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Cesar Miranda